

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00504-CV

**IN THE INTEREST OF C.S.D. AND J.C.D., CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01571
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the appellant's brief was filed on October 14, 2015; the State's brief was due on November 3, 2015.  *See* TEX. R. APP. P. 38.6(b).  On November 4, 2015, the State filed a first motion for a three-day extension of time to file the State's brief.  On November 6, 2015, the State filed its brief.

The State's motion is GRANTED; its brief is deemed timely filed.

It is so **ORDERED** on November 10, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court